FILED

2009 MAR 30  PM 2:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

1  Michael S. Agruss (SBN: 259567)
   Ryan Lee (SBN: 235879)
2  Nicholas J. Bontrager (SBN: 252114)
   Krohn & Moss, Ltd.
3  10635 Santa Monica Blvd., Suite 170
   Los Angeles, CA 90025
4  Tel: 323-988-2400 x235
   Fax: 866-583-3695
5  magruss@consumerlawcenter.com
   Attorneys for Plaintiffs,
6  SAMUEL MORENO
   SHANNON MORENO
7

8            UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
9                   WESTERN DIVISION

10  SAMUEL MORENO and SHANNON )  SACV09-0381 AG (ANx)
                               )
11  MORENO,                    )  COMPLAINT AND DEMAND FOR
                               )  JURY TRIAL
12           Plaintiffs,       )
                               )  (Unlawful Debt Collection Practices)
13      v.                     )
                               )
14  CENTRAL CREDIT SERVICES,   )
                               )
15  INC.,                      )
                               )
16           Defendant.        )
                               )
17  _____)

18                  VERIFIED COMPLAINT

19       SAMUEL MORENO and SHANNON MORENO (Plaintiffs), through their

20  attorneys, KROHN & MOSS, LTD., allege the following against CENTRAL

21  CREDIT SERVICES, INC. (Defendant):

22                       INTRODUCTION

23    1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection

24       Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

25

2. Count II of the Plaintiffs' Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiffs are natural persons residing in Anaheim, Orange County, California.

8. Plaintiffs are consumers as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiffs.

10. Defendant is a national company with its headquarters in Jacksonville, Florida.

PLAINTIFFS' VERIFIED COMPLAINT

11. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously places collection calls to Plaintiffs seeking and demanding payment for an alleged debt.

13. Defendant contacted Plaintiffs from 904-562-6655, 888-866-6844, 877-456-1135, and Plaintiffs believe Defendant callers also called from blocked, private and unknown numbers.

14. Defendant contacted Plaintiffs at 714-956-7408.

15. Defendant failed to identify itself as a debt collector in subsequent communications by leaving voicemail messages that do not disclose the name of the company that Defendant is calling from. (See transcribed voicemail message attached as Exhibit A.)

16. Defendant callers made phone calls to the Plaintiffs' family home and left voicemail messages in the family answering machine.

17. Both Plaintiffs are subject to the constant and continuous calls made to the household phone number.

18. Defendant did not send Plaintiffs a debt validation letter.

19. Defendant called Plaintiff Samuel Moreno's former place of work at 714-256-4627.

20. Defendant contacted Plaintiff Samuel Moreno's co-worker, Matt.

21. Defendant asked Matt if Plaintiff was working at the company.

22. Defendant caller refused to identify the company from which he called when Matt asked for the name of the company from where the caller was

PLAINTIFFS' VERIFIED COMPLAINT

calling.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

23. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692b(1)* of the FDCPA because Defendant contacted a Third Party, Matt and Defendant failed to disclose the name of the company when Matt asked for that information.

    b. Defendant violated *§1692c(b)* of the FDCPA because Defendant engaged in prohibited communication practices by contacting Plaintiff's co-worker at work

    c. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiffs.

    d. Defendant violated *§1692d(6)* of the FDCPA because Defendant engaged in harassing conduct when Matt asked for the name of caller's company and Defendant refused to disclose that information.

    e. Defendant violated *§1692e(10)* of the FDCPA because Defendant used false representation or deceptive means to collect a debt or obtain information concerning Plaintiff when Defendant called a Third Party without disclosing the company name.

    f. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

- 4 -

g. Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

24. As a direct and proximate result of one or more or all of the statutory violations above Plaintiffs each have suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiffs, SAMUEL AND SHANNON MORENO, each respectfully requests judgment be entered against Defendant, CENRAL CREDIT SERVICES, INC., for the following:

- 5 -

PLAINTIFFS' VERIFIED COMPLAINT

25. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

26. Statutory damages for each plaintiff individually pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

27. Actual damages,

28. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

29. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

30. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiffs' Complaint as the allegations in Count II of Plaintiffs' Complaint.

31. Defendant violated the RFDCPA based on the following:

   a. Defendant violated *§1788.11(b)* of the RFDCPA by placing telephone calls without disclosure of the caller's identity because Defendant called from a blocked telephone numbers.

   b. Defendant violated *§1788.11(b)* of the RFDCPA by placing telephone calls without disclosure of the caller's identity because Defendant refused to disclose the name of the company when Plaintiff's co-worker asked for it.

   c. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiffs' telephone to ring repeatedly and continuously so as to annoy Plaintiffs.

   d. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiffs with such frequency that was unreasonable and

- 6 -

1    constituted harassment.

2        e. Defendant violated the *§1788.17* of the RFDCPA by continuously

3           failing to comply with the statutory regulations contained within the

4           FDCPA, *15 U.S.C. § 1692 et seq.*

5    32. As a direct and proximate result of one or more or all of the statutory

6        violations above Plaintiffs each have suffered emotional distress (see

7        Exhibit B).

8    WHEREFORE, Plaintiffs, SAMUEL and SHANNON MORENO, each

9    respectfully request judgment be entered against Defendant, CENTRAL CREDIT

10   SERVICES, INC., for the following:

11   33. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair

12       Debt Collection Practices Act,

13   *34.* Statutory damages for each plaintiff individually pursuant to the Rosenthal

14       Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b),*

15   35. Actual damages,

16   36. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt

17       Collection Practices Act, *Cal. Civ Code § 1788.30(c),* and

18   37. Any other relief that this Honorable Court deems appropriate.

19   //

20

21

22

23

24

25

PLAINTIFFS' VERIFIED COMPLAINT

1

2

## DEMAND FOR JURY TRIAL

3      PLEASE TAKE NOTICE that Plaintiffs, SAMUEL AND SHANNON

4  MORENO, demand a jury trial in this case.

5

6                                        RESPECTFULLY SUBMITTED,

7  DATED:  March 27, 2009              KROHN & MOSS, LTD.

8

9                                By: _____

10                                      Michael Agruss
                                      Attorney for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 8 -

1

2

3

4 **VERIFICATION OF COMPLAINT AND CERTIFICATION**

5 STATE OF CALIFORNIA

6       Plaintiff, SAMUEL MORENO, states as follows:

7   1.   I am the Plaintiff in this civil proceeding.

  2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe

8        that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

9   3.   I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing

10        law.

  4.   I believe that this civil Complaint is not interposed for any improper purpose, such as

11        to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the

12        Complaint.

  5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.

13   6.   Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

14   7.   Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of

15        the attached exhibits may contain some of my own handwritten notations.

16       Pursuant to 28 U.S.C. § 1746(2), I, SAMUEL MORENO hereby declare (or certify,
verify or state) under penalty of perjury that the foregoing is true and correct.

17

18 DATE: 3-23-09                                   

                                          SAMUEL MORENO

19

20

21

22

23

24

25

-8-

PLAINTIFFS' VERIFIED COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, SHANNON MORENO, states as follows:

8. I am the Plaintiff in this civil proceeding.
9. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
10. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
11. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
12. I have filed this Complaint in good faith and solely for the purposes set forth in it.
13. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
14. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, SHANNON MORENO hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 3/23/09

SHANNON MORENO

-9-

PLAINTIFFS' VERIFIED COMPLAINT

1

2

3        **EXHIBIT A**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFFS' VERIFIED COMPLAINT

This is a message for Samuel Moreno.  We have an important matter to discuss with you.
This is not a solicitation.  IN order to protect your privacy, a full disclosure of the nature
of this call is available without you having to speak to a representative.
You can access that disclosure by calling 888-866-6484.  After receiving the full
disclosure, you will have the option to speak to one of our representatives.

1

2

3

4                                    **EXHIBIT B**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFFS' VERIFIED COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES) NO
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family or friends — YES (NO)
6. Depressions (sad, anxious, or "empty" moods) — (YES) NO
7. Chest pains — YES (NO)
8. Feelings of hopelessness, pessimism — (YES) NO
9. Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — YES (NO)
11. Thoughts of death, suicide or suicide attempts — YES (NO)
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — YES (NO)
14. Negative impact on my job — YES (NO)
15. Negative impact on my relationships — (YES) NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities:_____

_____
_____
_____
_____
_____
_____

    Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 3-23-09

_____
Signed Name

Samuel Moreno
Printed Name

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** NO
2. Fear of answering the telephone — **YES** NO
3. Nervousness — **YES** NO
4. Fear of answering the door — **YES** NO
5. Embarrassment when speaking with family or friends — YES **NO**
6. Depressions (sad, anxious, or "empty" moods) — **YES** NO
7. Chest pains — YES **NO**
8. Feelings of hopelessness, pessimism — **YES** NO
9. Feelings of guilt, worthlessness, helplessness — **YES** NO
10. Appetite and/or weight loss or overeating and weight gain — YES **NO**
11. Thoughts of death, suicide or suicide attempts — YES **NO**
12. Restlessness or irritability — **YES** NO
13. Headache, nausea, chronic pain or fatigue — YES **NO**
14. Negative impact on my job — YES **NO**
15. Negative impact on my relationships — **YES** NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities:_____

_____

_____

_____

_____

_____

_____

   Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 3/23/09

_____
Signed Name

SHANNON MORENO
Printed Name

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV09- 381 AG (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| SAMUEL MORENO and SHANNON MORENO, <br><br> PLAINTIFF(S) <br><br> v. <br> CENTRAL CREDIT SERVICES, INC. <br><br><br><br> DEFENDANT(S). | CASE NUMBER <br><br> **SACV09-0381 AG (ANx)** <br><br><br> **SUMMONS** |
|---|---|

TO:    DEFENDANT(S):   <u>CENTRAL CREDIT SERVICES, INC.</u>

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>Michael S. Agruss</u>_____, whose address is <u>Krohn & Moss, Ltd.; 10635 Santa Monica Blvd., Suite 170; Los Angeles, CA 90025</u>____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   **MAR 3 0 2009**

By: ____**NATALIE LONGORIA**____

Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

1198

CV-01A (12/07)                                **SUMMONS**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

---

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SAMUEL MORENO and SHANNON MORENO

**DEFENDANTS**
CENTRAL CREDIT SERVICES, INC.

---

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Krohn & Moss, Ltd.; Michael S. Agruss, Esq.
10635 Santa Monica Blvd., Suite 170; Los Angeles, CA 90025
(323) 988-2400

**Attorneys** (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

---

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

---

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 USC 1692 et seq.; Unlawful and Abusive Debt Collection Practices

---

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions |  |  | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land |  |  |  | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 245 Tort Product Liability |  |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property |  |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |

---

**FOR OFFICE USE ONLY:**  Case Number: _____ SACV09-0381 _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

---

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Jacksonville, Florida |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date March 27, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |