Michael S. Agruss, Esq. (SBN 259567)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
magruss@consumerlawcenter.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| SAMUEL MORENO and SHANNON MORENO, <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL CREDIT SERVICES, INC., <br><br> Defendant. | Case No.: 8:09-cv-00381-AG-AN <br><br> **NOTICE OF SETTLEMENT** |

NOW COME the Plaintiffs, SAMUEL MORENO and SHANNON MORENO, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiffs anticipate will be finalized within the next 30 days.

Plaintiffs therefore request that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

Notice of Settlement

1 | DATED: June 16, 2009            KROHN & MOSS, LTD.

2

3                                  By: /s/ Michael S. Agruss

4                                      Michael S. Agruss
                                       Attorney for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25