Michael S. Agruss, Esq. (SBN 259567)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
magruss@consumerlawcenter.com
Attorney for Plaintiffs,
SAMUEL MORENO
SHANNON MORENO

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SAMUEL MORENO and SHANNON MORENO, | ) ) ) ) | **Case No.: 8:09-cv-00381-AG-AN** |
| Plaintiff, | ) ) ) | **VOLUNTARY DISMISSAL** |
| vs. | ) ) ) | |
| CENTRAL CREDIT SERVICES, | ) ) | |
| Defendant. | ) | |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiffs, SAMUEL MORENO and SHANNON MORENO, by and through their attorneys, KROHN & MOSS, LTD., hereby voluntarily dismiss the above-entitled case with prejudice.

Dated: July 10, 2009                                       KROHN & MOSS, LTD.


                                                                          By:<u>/s/ Michael S. Agruss</u>

                                                                          Michael S. Agruss

- 1 -

Voluntary Dismissal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                              Attorney for Plaintiffs,
                              Samuel Moreno and Shannon Moreno

Voluntary Dismissal